UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE BANKS, SR.,

                Plaintiff,

  v.

JUDGE STEVEN WARNING, SUSAN I. BAUR, and BRUCE HANIFY,

                Defendants.

No. C11-5708 RBL/KLS

ORDER TO SHOW CAUSE

This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis*, filed by Plaintiff on September 6, 2011. ECF No. 1. Based on the information provided by Plaintiff, however, the Court is unable to make a proper determination of Plaintiff's eligibility for *informa pauperis* status.

In his application, Plaintiff states that he has received "US Government annuities $1,000.00." ECF No. 1, p. 2. It is unclear from Plaintiff's response the source of the funds, the nature of the funds received, and whether he will continue to receive funds from this source.

The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed *in forma pauperis*. Weller v. Dickson, 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

ORDER - 1

Accordingly, it is **ORDERED**:

(1) Plaintiff shall provide the Court with an explanation of the government funds he has received including: (1) the name of the government agency that sends the funds; (2) the amount of the funds; (3) the purpose of the funds; (4) how often the funds are received; and (5) how long it is expected that the fund will be received.  Plaintiff shall provide this explanation to the Court **on or before September 30, 2011.**  Failure to do so by **September 30, 2011** shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this   12th   day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2