UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE BANKS, SR.,

                Plaintiff,

  v.

JUDGE STEVEN WARNING, SUSAN I. BAUER (D.A.), and BRUCE HANIFY (ATTORNEY),

                Defendants.

No. C11-5708 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #9], and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED with prejudice** for failure to state a claim. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and any other pending motions are **DENIED.**

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 28th day of November, 2011.

                                          RONALD B. LEIGHTON
                                          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1