# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIE BANKS, SR.

JUDGMENT IN A CIVIL CASE

v.

JUDGE STEVEN WARNING, SUSAN I BAUER (D.A.),
and BRUCE HANIFY (Attorney)

CASE NUMBER: C11-5708RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is **DISMISSED with prejudice** for failure to state a claim. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and any other pending motions are **DENIED**.

   November 29, 2011                               WILLIAM M. McCOOL
                                                                     Clerk

                                                          *s/CM Gonzalez*
                                                          Deputy Clerk