# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIE BANKS, SR.

        v.

JUDGE STEVEN WARNING, SUSAN I BAUER (D.A.),
and BRUCE HANIFY (Attorney)

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5708RBL/KLS

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is **DISMISSED with prejudice** for failure to state a claim. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and any other pending motions are **DENIED**.

|  |  |
|---|---|
| November 29, 2011 | WILLIAM M. McCOOL |
|  | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |