HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE BANKS SR,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVEN WARNING,<br><br>          Defendant. | CASE NO. C11-5708 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion for Judicial Review [Dkt. #13] and Motion for Reconsideration and Motion for a Certificate of Appealability [Dkt. #14] of this Court's Order Adopting Report and Recommendation [Dkt. #12]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule CR7(h) motions for reconsideration are disfavored and will ordinarily be denied absent "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." This standard has not been met in this case and the Court will not reconsider its prior ruling. Furthermore, plaintiff's request for a certificate of appealability is not

ORDER- 1

1  required as this case is not a habeas corpus case.  Plaintiff's Motion for Reconsideration and
2  Motion for a Certificate of Appealability [Dkt. #14] is **DENIED.**
3  　　　Plaintiff's Motion for Judicial Review [Dkt. #13] merely is another attempt to reopen his
4  closed case and, as such, is **DENIED.**
5  　　　The Court will accept no further filings in this closed case except a Notice of Appeal.
6  　　　**IT IS SO ORDERED.**
7  　　　The Clerk shall send uncertified copies of this order to all counsel of record, and to any
8  party appearing pro se.
9  　　　Dated this 30th day of November, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER- 2