HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE BANKS SR, | CASE NO. C11-5708 RBL |
| Plaintiff, | ORDER |
| v. | |
| STEVEN WARNING, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion for Judicial Review [Dkt. #13] and Motion for Reconsideration and Motion for a Certificate of Appealability [Dkt. #14] of this Court's Order Adopting Report and Recommendation [Dkt. #12]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under Local Rule CR7(h) motions for reconsideration are disfavored and will ordinarily be denied absent "a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." This standard has not been met in this case and the Court will not reconsider its prior ruling. Furthermore, plaintiff's request for a certificate of appealability is not

ORDER- 1

required as this case is not a habeas corpus case. Plaintiff's Motion for Reconsideration and Motion for a Certificate of Appealability [Dkt. #14] is **DENIED.**

Plaintiff's Motion for Judicial Review [Dkt. #13] merely is another attempt to reopen his closed case and, as such, is **DENIED.**

The Court will accept no further filings in this closed case except a Notice of Appeal.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 30th day of November, 2011.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE